James "J.F." VALLEY *v*. David BOGARD, Judge

00-539                                                    20 S.W.3d 272

Supreme Court of Arkansas
Opinion delivered May 15, 2000

*Wilson & Valley*, by: *Jimmie L. Wilson, E. Dion Wilson, J.F.
Valley, André K. Valley*, and *Don R. Etherly*, for appellant.

*Mark Pryor*, Att'y Gen., by: *Kelly S. Terry*, Ass't Att'y Gen., for
appellee.

PER CURIAM. Mr. Valley files a motion for us to reconsider
our per curiam issued on May 12, 2000, where we were
compelled to deny his motion to stay and accelerate this proceeding
because Mr. Valley failed to comply with Ark. R. App. P.—Civil
3(e) (2000). In doing so, he failed to file a notice of appeal showing
he had made financial arrangements for the preparation of the
record, thus, making it impossible to expedite and decide Mr.
Valley's appeal before the May 23, 2000, primary election.

In his reconsideration motion, Mr. Valley states he has
filed an amended notice of appeal and refers to an attached exhibit
A; however, such exhibit has not been attached. Nor does Mr.
Valley's motion reflect a certificate of service showing opposing
counsel or parties have been served. Again, while this court
attempted to accelerate the proceeding with the thought of sched-
uling simultaneous briefs, it is powerless to do so in light of Mr.
Valley's failure to comply with our civil appellate rules. We deny his
motion for reconsideration.